MARGARET ERRICHETTI *v.* CHRISTOPHER
ERRICHETTI
(AC 22352)

Foti, West and Peters, Js.

Argued February 18—officially released March 11, 2003

Per Curiam. The judgment is affirmed.

LUBA N. HILL *v.* JAMES T. HILL
(AC 21593)

Foti, Bishop and Stoughton, Js.

Argued February 13—officially released March 11, 2003

Per Curiam. The judgment is affirmed.

DELORES D. STEWART *v.* LEROY STEWART
(AC 21802)

Lavery, C. J., and Schaller and Hennessy, Js.

Submitted on briefs February 26—officially released March 18, 2003

Per Curiam. The judgment is affirmed.